IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

           Plaintiff,

  vs.                                       **Case No. 11-40028-01-RDR**

AMBER Y. MARTINDALE,

           Defendant.

## **O R D E R**

The trial of the above-captioned case is currently set for June 27, 2011. Defendant has retained new counsel to replace her appointed counsel. Defendant's new counsel entered an appearance on behalf of defendant on June 16, 2011. This case is before the court upon defendant's motions to continue the motions deadline and to continue the jury trial. Doc. Nos. 18 and 19. The court is not aware of any opposition to the motions.

Upon review, the court shall grant the motions. The court shall set July 22, 2011 as the deadline for filing pretrial motions for defendant. The government shall have time until July 29, 2011 to respond to the motions. A hearing upon the pretrial motions shall be set for August 9, 2011 at 10:00 a.m. The trial of this case shall be set for August 23, 2011 at 9:30 a.m. The extensions of time granted in this order are necessary for defendant's new counsel to have adequate time to effectively represent his client. The court believes the continuance ordered herein is in the

interests of justice after considering the factors listed in 18 U.S.C. § 3161(h)(7)(B). Therefore, the continuance shall constitute "excludable time" for the purposes of the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2011 at Topeka, Kansas.

                                    s/Richard D. Rogers
                                    United States District Judge